

# Fourth Court of Appeals

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/22/2015 3:09:31 PM
KEITH E. HOTTLE
Clerk

## NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: **04-15-00333-CR**

Trial Court Style: **State of Texas vs Mario Gutierrez**

Trial Court No.: **2013-CR-4433**

I am the official responsible for preparing the clerk's record/reporter's record [circle one] in the above-referenced appeal. The approximate date of trial was: **5-15-15**

The record was originally due: **7/20/2015**

I anticipate the length of the record to be: **250 pages**

I am unable to file the record by the date such record is due because [check one]:

☐ the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

☒ my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

**Since Jan 1, I have completed the following transcripts: 2014-PA-01274 816 pages 7/16/2015, 2011-CR-10303, 143 pages, 2013-CR-608 50 pages 7-1-15**

☒ Other. Explain [attach additional pages if needed]: **And I have 500 pgs still to produce**

I anticipate the record will be completed by: **8/22/2015**

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed.

Date: **7/22/2015**       Signature: **Erminia Uviedo**

Printed Name: **ERMINIA UVIEDO**

Title: **Court Reporter**

Rev. 1.8.14